| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Eisele, Garnett T | 2. Court or Organization U.S. Dist. Ct. E. D. AR | 3. Date of Report 5/2/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5. ReportType (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address P.O. Box 3684 Little Rock, AR 72203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Counselor | Wm. R. Overton Inn of Court |
| 2. | Partner | Whiteha 1 · |
| 3. | Trustee | ▮Trust #1 |
| 4. | Trustee | ▮Trust #2 |
| 5. | Trustee | ▮Trust |
| 6. | Trustee | ▮Trust |
| 7. | | |

DISCLOSURE FINANCIAL OFFICE · 2005 MAY 11 A 10: 40 RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☒ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Rep rting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|------|-----------------|------------------------------------|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this eetion. Dollar amount not required e cept for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructi ns.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|--------|-------------|
| 1. | FREE Foundation | 7/6-7/11/04 Bozeman, MT, Educational Seminar, (Airfare, lodging and meals) |
| 2. | George Mason University Law School | 6/6-6/13/04 Sante Fe, New Mexico, Educational Seminar (Airfare, lodging and meals) |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| I. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.) •

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | National Life of Vermont | Policy Loans | J |
| 2. | Northwest National Life | Policy Loans | J |
| 3. | Sun Life of Canada | Policy Loan on Life Insurance | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Asset (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Lincoln Nat'l Life | A | Div | J | T | | | | | |
| 2. S.W. Energy | A | Div | K | T | | | | | |
| 3. Bank of America(ck. acct) | A | Int | J | T | | | | | |
| 4. Pulaski Bank & Trust (savings acct.) | A | Int | J | T | | | | | |
| 5. Bank of America | D | Div | M | T | | | | | |
| 6. Bank of America | D | Div | M | T | | | | | |
| 7. Lucent Tech | A | Div | J | . T | | | | | |
| 8. New Perspective Fund | A | Div | K | T | | | | | |
| 9. NYC Gen Oblig Bd. | A | Int | L | T | | | | | |
| 10. Washington Mut. Invest Fd. | A | Div | K | T | | | | | |
| 11. GrowthFund of America | A | Div | K | T | | | | | |
| 12. Regions Bank | A | Div | J | T | | | | | |
| 13. Regions Bank | A | Div | J | T | bought | 12/7 | J | | |
| 14. Dean Witter Ready Assets | A | Div | J | T | | | | | |
| 15. Acxiom | A | Div | K | T | | | | | |
| 16. CitiGroup | A | Div | K | T | | | | | |
| 17. Travelers Class B | A | Div | J | T | | | | | |
| 18. Travelers Class A | A | Div | J | T | | | | | |

1. Income/Gain Codes      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000     G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,000-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)    S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Dean Witter Ready Assets | A | Div | K | T | | | | | |
| 20. Microsoft Corp | A | Div | J | T | | | | | |
| 21. SunLife Financial | A | Div | J | T | acquired | 4/30 | J | | |
| 22. Whitehall (partnership) | D | Rent | K | V | | | | | |
| 23. Harvard Balanced Fund | A | Div, Int. | J | T | | | | | |
| 24. ██████ Trust #2 | E | Div | O | T | | | | | |
| 25. (This is aggregate income and value of this trust) | | | | | | | | | |
| 26. The following are assets of this trust: | | | | | | | | | |
| 27. IBM | A | Div | K | T | | | | | |
| 28. IBM | A | Div | J | T | | | | | |
| 29. I.B.M. | A | Div | J | T | | | | | |
| 30. I.B.M. | A | Div | J | T | | | | | |
| 31. I.B.M. | A | Div | J | T | | | | | |
| 32. Regions Bk. | A | Div | J | T | | | | | |
| 33. Regions Bank | A | Div | J | T | bought | 12/7 | J | | |
| 34. Acxiom | A | Div | K | T | | | | | |
| 35. Acxiom | A | Div | K | T | | | | | |
| 36. Agere Class A | A | Div | J | T | | | | | |

1. Income/Gain Codes      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
      P3 = $25,000,001-$50,000,000      P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Agere Class B | A | Div | J | T | | | | | |
| 38. Alltel | A | Div | K | T | | | | | |
| 39. Dean Witter Ready Assets | A | Div | J | T | | | | | |
| 40. Nissan | A | Div | K | T | | | | | |
| 41. Hewlett Packard | A | Div | J | T | | | | | |
| 42. G.E. Co. | A | Div | L | T | | | | | |
| 43. G.E. Co. | A | Div | J | T | | | | | |
| 44. Acxiom | A | Div | J | T | | | | | |
| 45. Cisco | A | Div | J | T | | | | | |
| 46. Cisco | A | Div | J | T | | | | | |
| 47. Lucent | A | Div | J | T | | | | | |
| 48. Hewlett Packard | A | Div | J | T | | | | | |
| 49. Acxiom | A | Div | J | T | | | | | |
| 50. G.E. Co. | A | Div | K | T | | | | | |
| 51. G.E. Co. | A | Div | J | T | bought | 12/7 | J | | |
| 52. Lucent | A | Div | J | T | | | | | |
| 53. ████ Trust | E | Div | N | T | | | | | |
| 54. (This is aggregate income and value of this trust) | | | | | | | | | |

1. Income Gain Codes      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes            J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000  O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                           P3 = $25,000,001-$50,000,000                  P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal          R = Cost (Real Estate Only)   S = Assessment          T = Cash/Market
   (See Column C2)         U = Book Value         V = Other                 W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transaction during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. The following are assets of this trust: | | | | | | | | | |
| 56. Dean Witter Ready Assets | A | Div | J | T | | | | | |
| 57. AR St. Dev. Fin Auth Econ Bonds | A | Int | J | T | | | | | |
| 58. Southwest Energy | A | Div | K | T | | | | | |
| 59. Apple Computer | A | Div | L | T | | | | | |
| 60. Korea Fund | A | Div | K | T | | | | | |
| 61. Apple Computer | A | Div | L | T | | | | | |
| 62. Sony Corp. | A | Div | J | T | | | | | |
| 63. Acxiom | A | Div | L | T | | | | | |
| 64. Acxiom | A | Div | K | T | | | | | |
| 65. Acxiom | A | Div | J | T | | | | | |
| 66. Lucent | A | Div | J | T | | | | | |
| 67. Walmart | A | Div | J | T | | | | | |
| 68. Lucent | A | Div | J | T | | | | | |
| 69. Cisco | A | Div | J | T | | | | | |
| 70. SK Telecom | A | Div | J | T | | | | | |
| 71. Agere Class B | A | Div | J | T | | | | | |
| 72. Agere Class A | A | Div | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,301-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73.  ⬛ Trust #1 | E | Div., Int. | N | T | | | | | |
| 74.  (This is the aggregate value and income of this trust) | | | | | | | | | |
| 75.  Hewlett Packard | A | Div | K | T | | | | | |
| 76.  Hewlett Packard | A | Div | J | T | | | | | |
| 77.  Centerpoint Energy | A | Div | J | T | | | | | |
| 78.  Texas Genco | A | Div | J | T | | | | | |
| 79.  Reliant Resources | A | Div | J | T | | | | | |
| 80.  Merck & Co. | B | Div | M | T | | | | | |
| 81.  Medco Health | A | Div | J | T | | | | | |
| 82.  Regions Bk. | A | Div | J | T | | | | | |
| 83.  Regions Bk. | A | Div | J | T | | | | | |
| 84.  Alltel | A | Div | L | T | | | | | |
| 85.  Acxiom | A | Div | J | T | | | | | |
| 86.  AR Dev. Fin.Auth Bond | A | Int | J | T | | | | | |
| 87.  Secured Prom. Note | D | Int | L | T | | | | | |
| 88.  Dean Witter Ready Assets | A | Div | J | T | | | | | |
| 89.  ⬛ Trust | D | Div., Int. | N | T | | | | | |
| 90.  (This is aggregate value and income of this trust) | | | | | | | | | |

1. Income/Gain Codes.    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. U.S. Treasury Bond | B | Int. | K | T | | | | | |
| 92. Apple Computer, Inc. | A | Div | L | T | | | | | |
| 93. IBM | A | Div | K | T | | | | | |
| 94. Merck | B | Div | M | T | | | | | |
| 95. Regions Bk | A | Div | J | T | | | | | |
| 96. Dean Witter Asset Fund | A | Div | J | T | | | | | |
| 97. Bankamerica | A | Div | K | T | | | | | |
| 98. Bk. Tokyo-Mitsubishi | A | Div | J | T | | | | | |
| 99. Regions Bank | A | Div | K | T | | | | | |
| 100. Acxiom | A | Div | K | T | | | | | |
| 101. Acxiom | A | Div | J | T | | | | | |
| 102. Cisco | A | Div | K | T | | | | | |
| 103. Acxiom | A | Div | J | T | | | | | |
| 104. G.E. Co. | A | Div | K | T | | | | | |
| 105. IBM | A | Div | J | T | | | | | |
| 106. IBM | A | Div | J | T | | | | | |
| 107. G.E.Co. | A | Div | K | T | | | | | |
| 108. Regions Bank | A | Div | J | T | | | | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4): F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3): N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,000-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2): U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109.  Medco Health | A | Div | J | T | | | | | |

1. Income Gain Codes  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Column C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,061-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII. Investments and Trusts, line #22. Whitehall (a partnership), the explanation for using value code "V" is as follows:  I hold a one-third interest in the Whitehall investment whose sole asset is a fifty-year-old lease on a small piece of property on Markham Street.  We, in turn, rent the building on the property, the rents constitute the sole source of income to the partnership.  Our underlying leasehold interest has less than ten years remaining.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date  May 6, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544